IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERLINDA BALTAZAR, ) <br> ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> COMMISSIONER OF SOCIAL ) <br> SECURITY, ) <br> ) <br> Defendant. ) <br> _____) | 1: 05 CV-F- 0110 AWI DLB <br><br> ORDER DISMISSING CASE |

Plaintiff is proceeding with this judicial action for review of an administrative decision denying an application for Social Security Benefits filed on June 20, 2005. Defendant, Commissioner of Social Security was served on February 18, 2005. On June 9, 2005, plaintiff filed a request to dismiss the action based on a miscommunication between plaintiff and counsel regarding the denial date of the application for benefits. Defendant does not oppose dismissal.

1

1 | Accordingly, this action is HEREBY DISMISSED.  This concludes this case in its entirety.

2 | IT IS SO ORDERED.

3 | **Dated:    August 3, 2005**                              **/s/ Anthony W. Ishii**
  | 0m8i78                                                    UNITED STATES DISTRICT JUDGE

2